# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| STEVEN HALL, | * |
| Plaintiff, | * |
| v. | * |
| | *  No. 4:13CV00550-JJV |
| PULASKI COUNTY JAIL; *et al.*, | * |
| Defendants. | * |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 15th day of August, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE